TEX TAN WELHAUSEN CO. et al. v. NATIONAL
LABOR RELATIONS BOARD

No. 1288.  Decided May 4, 1970

*Theo. F. Weiss* for petitioners.

*Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Linda Sher* for respondent.

*L. N. D. Wells, Jr.,* for Amalgamated Meat Cutters & Butcher Workmen of North America, AFL–CIO, intervenor below.

PER CURIAM.

The petition for a writ of certiorari is granted, the judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *H. K. Porter Co.* v. *National Labor Relations Board, ante,* p. 99.

MR. JUSTICE DOUGLAS dissents to the remand.